McMillian, Judge,
concurring in judgment only.
While I concur with the result reached by the majority in this case, I do not agree with all that is said. Accordingly, I concur in the judgment only.[10]
*262 Decided October 10, 2014
Samuel S. Olens, Attorney General, Kathleen M. Pacious, Deputy Attorney General, Loretta L. Pinkston, Kirsten S. Daughdril, Senior Assistant Attorneys General, Dennis, Corry, Porter & Smith, Grant B. Smith, Brent M. Estes, for appellant.
Joyce W. Bergman, for appellee.

 If an appeal is decided by a Division, a judgment in which all three judges fully concur is a binding precedent; provided, however, an opinion is physical *262 precedent only with respect to any Division of the opinion for which there is a concurrence in the judgment only or a special concurrence without a statement of agreement with all that is said.
Court of Appeals Rule 33 (a).